[No. 33935-1-III. Division Three. July 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE EUGENE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 14-1-00178-2, John Hotchkiss, J., entered November 30, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 34208-5-III. Division Three. July 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL R. SAVINO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01696-3, John O. Cooney, J., entered February 25, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 34457-6-III. Division Three. July 6, 2017.]

RICHARD L. MOORE, JR., ET AL., *Appellants*, v. RANDALL POLTZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 08-2-01308-6, Lesley A. Allan, J., entered April 29, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 74548-4-I. Division One. July 10, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JAMES EVERSON, *Defendant*, TYLER BAM BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02182-2, Monica J. Benton, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.